AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| FABIAN VERA-GODINEZ | CASE NUMBER: 07cr3377-BTM |

I, FABIAN VERA-GODINEZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/13/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FABIAN VERA-GODINEZ
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER