# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 07CR3377-BTM |
| vs ) | ABSTRACT OF ORDER |
| FABIAN VERA-GODINEZ ) ) ) ) | Booking No. 06575298 |

TO THE UNITED STATES MARSHAL AND/ OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __January 18, 2008__
the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__✓__ Defendant sentenced to TIME SERVED, supervised release for __1__ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

BARRY TED MOSKOWITZ
UNITED STATES MAGISTRATE JUDGE

OR

Received _____ by _____
DUSM                  Deputy Clerk

Crim-9   (Rev 6-95)                                    ☆ U.S. GPO: 1996-783-398/40151

Clerks Copy
~~PRETRIAL~~